```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 1 2 2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
:
FLORENTINO ALLENDE, ET AL.,                                      :
:
                Plaintiffs,       :   11 Civ. 5427 (AJN) (KNF)
:
    -v-                                                          :   ORDER
:
:
PS BROTHERS GOURMET, INC., ET AL.,                               :
:
                Defendants.       :
:
-----------------------------------------------------------------X

ALISON J. NATHAN, District Judge:

    It is hereby ORDERED that on or before **May 13, 2013**, one of the following actions be taken:

    (1) the parties submit to the Court a proposed settlement agreement for its approval; or

    (2) Plaintiffs move for default judgment in accordance with the Court's Individual Rules; or

    (3) The individual defendants enter the proper appearances, the corporate defendant retains counsel, and the parties submit the pretrial materials required by the Court's Individual Rules.

SO ORDERED.

Dated: April 12, 2013
       New York, New York

                                              _____
                                              ALISON J. NATHAN
                                              United States District Judge